```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

PATRICK CROWLEY,

               Plaintiff,        19cv7571(JGK)

    - against -             ORDER

BILLBOARD MAGAZINE et al.,

               Defendants.

───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by June 19, 2020.

**SO ORDERED.**

Dated:    New York, New York
           June 9, 2020         /s/ John G. Koeltl
                                          John G. Koeltl
                               United States District Judge