UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PATRICK CROWLEY,

                    Plaintiff,                  19-CV-07571 (JGK)(SN)

    -against-                        **ORDER**

BILLBOARD MAGAZINE, et al.,

                    Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On February 18, 2021, the Honorable John G. Koeltl referred this case to my docket for general pretrial supervision. In light of the discovery disputes raised in Plaintiff's February 17, 2021 letter, a discovery conference will be held on Wednesday, March 3, 2021, at 3:00 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 19, 2021
             New York, New York