```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
PATRICK CROWLEY,

                Plaintiff,           19-cv-7571 (JGK)(SN)

        - against -                  ORDER

MRC MEDIA HOLDINGS, LLC, ET AL.,

                Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

Letters seeking to make a dispositive motion are due by May 3, 2021. Opposition letters are due by May 6, 2021. Joint pre-trial order and any motions in limine and motions to bifurcate together are due May 28, 2021, or 21 days after the decision on any disposition motions, whichever is later. Ready trial, 48 hours notice, 21 days after submission of the joint pre-trial order. This scheduling order supersedes any prior scheduling orders in this case.

SO ORDERED.

Dated:   New York, New York
         March 2, 2021

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                                 United States District Judge