Law Office of Matthew S. Porges
26 Court Street, Suite 1200
Brooklyn, New York 11242
Phone: 718-673-2578
Facsimile: 718-619-8654
E-mail: mspesq@mspesq.com

May 5, 2021

<u>Via ECF</u>

The Honorable John Koeltl, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Crowley v. Billboard</u>
<u>Docket Number 19-CV-7571</u>

*[Handwritten: Adjourned to Tuesday, June 8, 2021, at 11:00am. SO ORDERED. [signature] 5/6/21 USDJ]*

Dear Judge Koeltl:

As the Court knows, this firm represents Plaintiff Patrick Crowley in the above-referenced action. I write to respectfully request, on consent, an adjournment of the pre-motion conference from May 18, 2021 to either May 20, 2021 or June 8, 2021.[1] The reason for the adjournment is that I have two other matters which were previously scheduled for the same day and same approximate time.

In addition, I respectfully request that, during the pre-motion conference, the Court will hear Plaintiff's request to move for summary judgment, in favor of Plaintiff, on Plaintiff's defamation claims. Also, I respectfully ask whether the parties need to respond to the pre-motion letters, as the pre-motion conference has now been scheduled.

I thank the Court for its time and its courtesies.

Respectfully submitted,

[signature]

MATTHEW S. PORGES, ESQ.

cc: Defendants' counsel (via ECF)

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5-6-2021]*

---

[1] If the Court is unavailable on both of those dates, the parties can supply additional dates, but those were the only mutually available dates for all parties through the first two weeks of June.