UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK CROWLEY,

        Plaintiff,

- against -

BILLBOARD MAGAZINE, ET AL.,

        Defendants.

19-cv-7571 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed during the teleconference held on June 8, 2021, the motions for summary judgment are due July 16, 2021. Responses are due August 16, 2021, and replies are due September 3, 2021.

SO ORDERED.

Dated: New York, New York
       June 8, 2021

                            John G. Koeltl
                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
FILED 6.8.21