**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**PATRICK CROWLEY,**

                Plaintiff,                    19 **CIVIL** 7571 (JGK)

       -against-                             **JUDGMENT**

**BILLBOARD MAGAZINE and**
**MRC MEDIA HOLDINGS, LLC,**

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 21, 2021, The Court has considered all of the arguments of the parties. To the extent not discussed above, the arguments are either moot or without merit. MRC's motion for summary judgment is granted**.** Additionally, summary judgment dismissing all of the plaintiff's claims against Billboard is sua sponte granted**.** The case is dismissed; accordingly, this case is closed.

**Dated:**  New York, New York
          December 22, 2021

                                                       **RUBY J. KRAJICK**

                                                         _____
                                                            **Clerk of Court**
                                  **BY:**
                                                            **Deputy Clerk**